# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

| | | |
|---|---|---|
| ALBERTO OVALLE, | § | |
| | § | |
| Plaintiff, | § | **CIVIL ACTION** |
| | § | **NO. 2:18-cv-00211-D-BR** |
| v. | § | |
| | § | |
| UNITED RENTALS | § | |
| (NORTH AMERICA), INC., | § | **JURY TRIAL DEMANDED** |
| | § | |
| Defendant. | § | |

**PLAINTIFF, ALBERTO OVALLE'S, DESIGNATIONS OF THE DEPOSITION OF UNITED RENTALS (NORTH AMERICA), INC. CORPORATE REPRESENTATIVE, <u>MICHAEL KARABANOFF (TAKEN AUGUST 12, 2019)</u>**

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to this Court's order, *see* Rec. Doc. 18, and to Rule 26(a)(3), Plaintiff, Alberto

Ovalle, files these Designations of the Deposition of Defendant, United Rentals (North America)

Inc.'s, Corporate Representative under Fed. R. Civ. P. 30(b)(6), and will respectfully shows the

Court as follows:

| No. | Start Page, Line | End Page, Line |
|---|---|---|
| 1. | Page 6, Line 19 | Page 8, Line 22 |
| 2. | Page 9, Line 8 | Page 9, Line 15 |
| 3. | Page 9, Line 17 | Page 10, Line 22 |
| 4. | Page 11, Line 12 | Page 12, Line 2 |
| 5. | Page 12, Line 16 | Page 13, Line 8 |
| 6. | Page 14, Line 10 | Page 14, Line 12 |
| 7. | Page 14, Line 16 | Page 14, Line 17 |
| 8. | Page 16, Line 2 | Page 16, Line 3 |
| 9. | Page 16, Line 14 | Page 16, Line 24 |
| 10. | Page 18, Line 20 | Page 18, Line 24 |
| 11. | Page 19, Line 25 | Page 20, Line 12 |
| 12. | Page 20, Line 22 | Page 21, Line 4 |
| 13. | Page 22, Line 23 | Page 23, Line 10 |
| 14. | Page 23, Line 22 (start at "I think") | Page 25, Line 24 |
| 15. | Page 27, Line 23 | Page 28, Line 2 |
| 16. | Page 28, Line 8 | Page 28, Line 10 |

| No. | Start Page, Line | End Page, Line |
|---|---|---|
| 17. | Page 29, Line 17 | Page 29, Line 21 |
| 18. | Page 29, Line 22 | Page 30, Line 3 |
| 19. | Page 30, Line 4 | Page 30, Line 12 |
| 20. | Page 31, Line 1 | Page 31, Line 13 |
| 21. | Page 32, Line 14 (start at "Was the") | Page 34, Line 23 |
| 22. | Page 36, Line 16 | Page 37, Line 2 |
| 23. | Page 37, Line 3 | Page 38, Line 2 |
| 24. | Page 42, Line 17 | Page 43, Line 10 |
| 25. | Page 43, Line 11 | Page 43, Line 13 |
| 26. | Page 43, Line 18 | Page 44, Line 3 |
| 27. | Page 46, Line 23 | Page 49, Line 7 |
| 28. | Page 49, Line 8 | Page 49, Line 11 |
| 29. | Page 49, Line 14 | Page 49, Line 24 |
| 30. | Page 49, Line 25 | Page 50, Line 13 |
| 31. | Page 50, Line 14 | Page 51, Line 17 |
| 32. | Page 51, Line 22 | Page 52, Line 7 |
| 33. | Page 52, Line 18 | Page 53, Line 2 |
| 34. | Page 57, Line 25 | Page 58, Line 2 |
| 35. | Page 58, Line 8 | Page 58, Line 20 |
| 36. | Page 59, Line 6 | Page 59, Line 9 |
| 37. | Page 59, Line 19 | Page 59, Line 22 |
| 38. | Page 60, Line 6 | Page 60, Line 24 |
| 39. | Page 61, Line 10 | Page 61, Line 16 |
| 40. | Page 61, Line 24 | Page 62, Line 5 |
| 41. | Page 63, Line 14 | Page 64, Line 1 |
| 42. | Page 64, Line 11 | Page 64, Line 17 |
| 43. | Page 66, Line 5 | Page 66, Line 7 |
| 44. | Page 67, Line 17 | Page 67, Line 20 |
| 45. | Page 67, Line 24 | Page 68, Line 4 |
| 46. | Page 68, Line 11 | Page 69, Line 9 |
| 47. | Page 69, Line 14 | Page 69, Line 24 |
| 48. | Page 70, Line 8 | Page 70, Line 10 |
| 49. | Page 70, Line 23 | Page 71, Line 25 |
| 50. | Page 72, Line 25 | Page 73, Line 17 |
| 51. | Page 74, Line 9 | Page 74, Line 12 |
| 52. | Page 75, Line 10 | Page 77, Line 8 |
| 53. | Page 77, Line 15 | Page 77, Line 19 |
| 54. | Page 78, Line 3 | Page 78, Line 16 |
| 55. | Page 79, Line 9 | Page 79, Line 13 |
| 56. | Page 80, Line 1 | Page 80, Line 3 |
| 57. | Page 80, Line 6 | Page 80, Line 15 |
| 58. | Page 81, Line 8 | Page 81, Line 24 |
| 59. | Page 84, Line 18 | Page 86, Line 9 |
| 60. | Page 86, Line 4 | Page 87, Line 11 |

| No. | Start Page, Line | End Page, Line |
|---|---|---|
| 61. | Page 87, Line 22 | Page 90, Line 22 |
| 62. | Page 90, Line 24 | Page 91, Line 11 |
| 63. | Page 92, Line 12 | Page 92, Line 22 |
| 64. | Page 93, Line 10 | Page 93, Line 12 |
| 65. | Page 96, Line 17 | Page 96, Line 25 |
| 66. | Page 97, Line 12 | Page 98, Line 5 |
| 67. | Page 98, Line 6 | Page 98, Line 23 |
| 68. | Page 99, Line 5 | Page 99, Line 16 |
| 69. | Page 101, Line 8 | Page 101, Line 14 |
| 70. | Page 101, Line 21 | Page 102, Line 18 |
| 71. | Page 104, Line 18 | Page 105, Line 9 |
| 72. | Page 107, Line 4 | Page 107, Line 13 |
| 73. | Page 110, Line 3 | Page 111, Line 11 |
| 74. | Page 111, Line 24 | Page 112, Line 20 |
| 75. | Page 112, Line 22 | Page 113, Line 14 |
| 76. | Page 113, Line 22 | Page 113, Line 25 |
| 77. | Page 114, Line 9 | Page 114, Line 16 |
| 78. | Page 114, Line 19 | Page 115, Line 6 |
| 79. | Page 116, Line 4 | Page 117, Line 16 |
| 80. | Page 118, Line 18 | Page 118, Line 25 |
| 81. | Page 119, Line 3 | Page 119, Line 8 |
| 82. | Page 119, Line 17 | Page 120, Line 22 |
| 83. | Page 121, Line 9 | Page 121, Line 14 |
| 84. | Page 122, Line 6 | Page 122, Line 13 |
| 85. | Page 122, Line 17 | Page 122, Line 20 |
| 86. | Page 124, Line 7 | Page 125, Line 3 |
| 87. | Page 125, Line 4 | Page 126, Line 2 |
| 88. | Page 126, Line 17 | Page 128, Line 11 |
| 89. | Page 128, Line 16 | Page 129, Line 12 |
| 90. | Page 129, Line 13 | Page 131, Line 3 |
| 91. | Page 131, Line 18 | Page 134, Line 1 |
| 92. | Page 134, Line 10 | Page 134, Line 14 |
| 93. | Page 135, Line 5 | Page 135, Line 23 |
| 94. | Page 136, Line 13 | Page 136, Line 24 |
| 95. | Page 137, Line 3 | Page 137, Line 13 |
| 96. | Page 138, Line 9 | Page 138, Line 19 |
| 97. | Page 139, Line 20 | Page 140, Line 10 |
| 98. | Page 140, Line 14 (start at "It says") | Page 140, Line 25 |
| 99. | Page 143, Line 3 | Page 143, Line 24 |
| 100 | Page 144, Line 8 | Page 147, Line 12 |
| 101 | Page 147, Line 20 | Page 149, Line 6 |
| 102 | Page 149, Line 12 | Page 152, Line 15 |
| 103 | Page 155, Line 17 | Page 156, Line 13 |
| 104 | Page 159, Line 9 | Page 161, Line 13 |

| No. | Start Page, Line | End Page, Line |
|---|---|---|
| 105 | Page 162, Line 7 | Page 163, Line 3 |
| 106 | Page 165, Line 9 | Page 166, Line 8 |
| 107 | Page 167, Line 2 | Page 167, Line 6 |
| 108 | Page 169, Line 4 | Page 170, Line 11 |
| 109 | Page 173, Line 4 | Page 173, Line 12 |
| 110 | Page 173, Line 22 | Page 174, Line 5 |
| 111 | Page 174, Line 24 | Page 175, Line 2 |
| 112 | Page 176, Line 1 | Page 178, Line 8 |
| 113 | Page 181, Line 15 | Page 182, Line 6 |
| 114 | Page 182, Line 16 | Page 183, Line 3 |
| 115 | Page 186, Line 6 | Page 186, Line 10 |
| 116 | Page 188, Line 13 (start at "There were") | Page 189, Line 7 |
| 117 | Page 190, Line 4 | Page 190, Line 16 |
| 118 | Page 191, Line 9 | Page 191, Line 15 |
| 119 | Page 192, Line 3 | Page 193, Line 18 |
| 120 | Page 194, Line 14 | Page 194, Line 25 |
| 121 | Page 195, Line 12 | Page 195, Line 16 |
| 122 | Page 195, Line 22 | Page 196, Line 3 |

Respectfully submitted,

**WILLIAMS HART BOUNDAS EASTERBY, LLP**

By**:** */s/ Kevin C. Haynes*

JIM S. HART
Texas Bar No. 09147400
KEVIN C. HAYNES
Texas Bar No.  24055639
CESAR TAVARES
Texas Bar No. 24093726
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5001
(713) 230-2200 – Telephone
(713) 643-6226 – Facsimile
pidept@whlaw.com

**ATTORNEYS FOR PLAINTIFFS**

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that, pursuant to the Federal Rule of Civil Procedure 5, a true and correct copy of the foregoing document has been served on all counsel of record on this 6th day of January 2019 via the ECF system.

/s/ *Kevin C. Haynes*
Kevin C. Haynes