URI.10296

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| **ALBERTO OVALLE,** § | | |
| § | | |
| *Plaintiff*, § | | **CIVIL ACTION** |
| § | | **2:18-cv-00211-D-BR** |
| V. § | | |
| § | | |
| **UNITED RENTALS (NORTH** § | | |
| **AMERICA), INC.,** § | | **JURY TRIAL** |
| § | | |
| *Defendant*. § | | |

**JOINT ADVISORY REGARDING ESTIMATED LENGTH OF TRIAL**

TO THE HONORABLE LEE ANN RENO:

COMES NOW, Plaintiff, ALBERTO OVALLE ("Plaintiff") and Defendant UNITED RENTALS (NORTH AMERICA), INC. ("Defendant") and file this *Joint Advisory Regarding Estimated Length of Trial* (this "Joint Advisory"), required by the Court's *Third Amended Scheduling Order* [Dkt No. 52] and the Court's Order Requiring Compliance with Prior Court Order (Dkt 55), which was entered by the Court on September 3, 2020:

**ESTIMATED LENGTH OF TRIAL**

1. The parties estimate that the length of this trial for presentation of the evidence will be seven (7) days.

**JURY TRIAL REQUESTED**

2. Additionally, this Joint Advisory will confirm that the parties are requesting a jury trial.

---

**JOINT ADVISORY REGARDING ESTIMATED LENGTH OF TRIAL** – Page 1
URI.10296

Respectfully submitted,

**FEE, SMITH, SHARP & VITULLO, LLP**

*/S/ JEFF C. WRIGHT*

**JEFF C. WRIGHT**
State Bar No. 24008306
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, Texas 75240
(972) 934-9100 Telephone
(972) 934-9200 Facsimile
jwright@feesmith.com

**ATTORNEY FOR DEFENDANT**

-AND-

**WILLIAMS HART BOUNDAS EASTERBY, LLP**

*/s/ CESAR TAVARES*

**CESAR TAVARES**
State Bar No. 24093726
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
(713) 230-2200 Telephone
(713) 643-6226 Facsimile
pidept@whlaw.com

**ATTORNEY FOR PLAINTIFF**