IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| ALBERTO OVALLE, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION |
| | § | NO. 2:18-cv-00211-D-BR |
| v. | § | |
| | § | |
| UNITED RENTALS | § | |
| (NORTH AMERICA), INC., | § | |
| | § | |
| Defendant. | § | |

**JOINT MOTION FOR EXTENSION OF TIME**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff Alberto Ovalle (hereinafter, "Plaintiff") and Defendant United Rentals (North America), Inc. ("Defendant") (collectively herein, the "Parties"), and hereby file this Joint Motion for Extension of Time requesting the Court extend their deadlines set forth in Paragraph 8, Sections (a) through (c) in the Court's Scheduling Order [Dkt. 66] to file and serve the Parties' (1) Exhibit Lists, (2) Witness Lists, (3) Deposition-Testimony Designations, and (4) Joint Pre-Trial Order from **Tuesday, February 16, 2021** to **Monday, February 22, 2021**.[1] Likewise, in conjunction with the above deadlines, the Parties further request the Court extend their deadlines set forth in Paragraphs 7-8, Sections (d) through (f) in the Court's Scheduling Order [Dkt. 66] to file and serve their (1) Objections to Deposition-Testimony Designations, (2) Jury Charge, and (3) Motion in Limine from **Tuesday, February 23, 2021** to **Friday, February 26, 2021**.[2]

---

[1]   See Court's Scheduling Order {Dkt. 66], ¶ 8 (a) – (c).
[2]   See Court's Scheduling Order {Dkt. 66], ¶¶ 7, and 8 (d) – (f).

**JOINT MOTION FOR EXTENSION OF TIME**                                                                Page 1

The Parties have previously begun and are continuing to confer on the documents identified above. But, due to the current winter storms in the State of Texas, the cities of Dallas and Houston have experienced continuous power outages, and rolling blackouts severely limiting the Parties' ability to access their computer servers, emails, and other means necessary to finalize the pre-trial materials for filing. As the current weather advisory projects the storms and blackouts to continue throughout the next few days, the Parties request this extension to allow for additional time to continue conferring on these materials, and fully finalize for filing. The requested extensions, which are not requested for the purpose of delay, will not prejudice any party, will not interfere with any other deadlines in this case, and are made in good faith.

The Parties, therefore, respectfully request the Court extend their deadlines to file and serve the Parties' (1) Exhibit Lists, (2) Witness Lists, (3) Deposition-Testimony Designations, and (4) Joint Pre-Trial Order from **Tuesday, February 16, 2021** to **Monday, February 22, 2021**, and extend their deadlines to file and serve their (1) Objections to Deposition-Testimony Designations, (2) Jury Charge, and (3) Motion in Limine from **Tuesday, February 23, 2021** to **Friday, February 26, 2021**.

Respectfully submitted,

**WILLIAMS HART BOUNDAS EASTERBY, LLP**

By: */s/ Cesar Tavares*_____
**JIM S. HART**
Texas Bar No. 09147400
**CESAR TAVARES**
Texas Bar No. 24093726
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5001
(713) 230-2312 - telephone
(713) 643-6226 – facsimile
PIDEPT@whlaw.com

**ATTORNEYS FOR PLAINTIFF**

-and-

**FEE, SMITH, SHARP & VITULLO, LLP**

By: */s/ Jeff C. Wright*_____
**JEFF C. WRIGHT**
State Bar No. 24008306
**RYAN T. FUNDERBURG**
State Bar No. 24101776
Three Galleria Tower
13155 Noel Road, Suite 1000 Dallas, Texas 75240
(972) 934-9100 Telephone
(972) 934-9200 Facsimile
jwright@feesmith.com

**ATTORNEYS FOR DEFENDANT**

**Certificate of Service**

On February 15, 2021, Defendant's counsel submitted the foregoing document with the clerk of court of the U.S. District Court for Northern District of Texas Amarillo Division, using the electronic case filing system of the court. Plaintiff's counsel certifies that they served all counsel parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

By: */s/ Jeff C. Wright*_____
    **JEFF C. WRIGHT**

## Certificate of Conference

Counsel has complied with the meet and confer requirement in Local Rule 7.1(b). I personally conferred with Plaintiff's counsel, on February 15, 2021 regarding the relief requested by this Motion, and the Parties jointly seek the relief requested in this Motion.

By: */s/ Jeff C. Wright*_____
    **JEFF C. WRIGHT**