URI.10296

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| ALBERTO OVALLE, | § | |
| --- | --- | --- |
| | § | |
| *Plaintiff*, | § | **CIVIL ACTION** |
| | § | **2:18-cv-00211-D-BR** |
| V. | § | |
| | § | |
| UNITED RENTALS (NORTH AMERICA), INC., | § | |
| | § | |
| | § | |
| *Defendant*. | § | |

## DEFENDANT UNITED RENTALS (NORTH AMERICA), INC.'S
## THIRD AMENDED TRIAL WITNESS LIST

| Judge Matthew J. Kacsmaryk | PLAINTIFF'S ATTORNEY:<br>CESAR TAVARES | DEFENDANT'S ATTORNEY:<br>JEFF WRIGHT / RYAN FUNDERBURG |
| --- | --- | --- |
| TRIAL DATE(S): | COURT REPORTER: | COURTROOM DEPUTY: |

| Witness Name | WILL CALL ("W") MAY CALL ("M") UNLIKELY TO CALL ("U") | Depo/ Video | Expected Testimony Duration |
|---|---|---|---|
| **Alberto Ovalle, Plaintiff** c/o Jim S. Hart<br>Cesar Tavares<br>Williams Hart Boundas Easterby, LLP<br>8441 Gulf Freeway, Suite 600<br>Houston, TX  77017-5001<br>(713) 230-2200<br>(713) 643-6226 (Fax) | W | | |
| **Corporate Representative, Testimony through Teresa Kee, (Corporate Safety Director for United Rentals)** c/o Jeff C. Wright<br>Fee, Smith, Sharp & Vitullo, LLP<br>13155 Noel Rd., Suite 1000<br>Dallas, Texas 75240<br>214-934-9100 | M | | |
| **Art Silva, Employee of United Rentals**<br>c/o Jeff C. Wright<br>Fee, Smith, Sharp & Vitullo, LLP<br>13155 Noel Rd., Suite 1000<br>Dallas, Texas 75240<br>214-934-9100 | W | | |
| **Ryan Ferguson, Employee of United Rentals** c/o Jeff C. Wright<br>Fee, Smith, Sharp & Vitullo, LLP<br>13155 Noel Rd., Suite 1000<br>Dallas, Texas 75240<br>214-934-9100 | M | | |
| **Jason English, Plaintiff's Retained Liability Expert**<br>504 William D. Fitch Pkway, Suite 112<br>College Station, TX 77845<br>979-431-0702 | M | | |

| | | | |
|---|---|---|---|
| **Bret Errington, MD, Plaintiff's Treating Orthopedic Surgeon;** High Plains Neurosurgery/ Southwest Neuroscience<br>7120 SW 9th Ave.<br>Amarillo, TX 79106<br>806-463-2251 | M | | |
| **Kenneth McCoin, Plaintiff's Retained Economic Expert**<br>7814 Del Monte Drive<br>Houston, Texas 77063 | M | | |
| **Ricky Kalra, MD;**<br>Defendant's Retained Medical Expert<br>Kalra Brain & Spine Institute, PLLC<br>5899 Preston Rd., Suite 1303<br>Frisco, Texas 75034<br>972-905-9226 | W | | |
| **Irma Ovalle Alonzo** - Witness<br>9104 Clinton Ave.<br>Amarillo, Texas 79119<br>806-206-7038 | W | | |
| **John Robert Alonzo** - Witness<br>9104 Clinton Ave.<br>Amarillo, Texas 79119<br>806-206-7038 | W | | |
| **Juanita Garza** - Witness<br>PO Box 2607<br>Orange Grove, Texas 78372<br>361-255-5796 | M | | |
| **Martin Arellano II** - Witness<br>PO Box 94<br>Tynan, TX 78391<br>361-222-4980 | M | | |

**DEFENDANT UNITED RENTALS (NORTH AMERICA), INC.'S THIRD AMENDED TRIAL WITNESS LIST – Page 3**
URI.10296

| | | | |
|---|---|---|---|
| **Jesus M. Hernandez** - Witness<br>3153 CO RD 308<br>Orange Grove, Texas 78372 | U | | |
| **Isabel Santos-Ford** - Witness<br>Address Unknown<br>Amarillo, Texas<br>*Employed at Sergio Busto Munoz, MD*<br>1400 S. Coulter St.<br>Amarillo, Texas 79106<br>806-354-5696 | U | | |
| **Dr.  Sergio Bustos Munoz** - Witness 1400<br>S. Coulter St.<br>Amarillo, Texas 79106<br>806-354-5696 | U | | |
| **Advanced Imaging Center Of Amarillo, LLP**<br>7010 W. 9th & 7400 Wallace Blvd<br>Amarillo, TX 79106<br> *by and through the records custodians* | U | | |
| **Amarillo Artificial Limb & Brace Co.**<br>1941 Port Lane<br>Amarillo, Texas 79106<br>806-331-0330<br>*by and through the records custodians* | U | | |
| **Amarillo Bone & Joint**<br>Bradley B. Veazey, MD<br>1100 Coulter St.<br>Amarillo, TX 79106<br>*by and through the records custodians* | U | | |
| **Amarillo Family Physicians**<br>Dr. James Bryan, MD<br>1215 Coulter St., #100<br>Amarillo, TX 79106 806-359-4701<br>*by and through the records custodians* | M | | |

| | | | |
|---|---|---|---|
| **American Medical Response**<br>50 South Main St., Suite 401<br>Akron, OH 44308<br>*by and through the records custodians* | U | | |
| **Amarillo Medical Specialists, LLP; Lawrence A. Schaeffer, MD**<br>1900 S. Coulter, Unit C<br>Amarillo, Texas 79106<br>806-353-3061<br>*by and through the records custodians* | U | | |
| **Amarillo Pathology Group**<br>1900 S. Coulter, Unit C<br>Amarillo, Texas 79106<br>806-353-3061<br>*by and through the records custodians* | U | | |
| **BSA Urgent Care Center**<br>Shane Holloway, MD<br>4510 S. Bell<br>Amarillo, Texas 79109<br>806-212-4835<br>*by and through the records custodians* | U | | |
| **Baptist St. Anthony Health System**<br>Bret Errington, MD<br>Brett Horn, MD<br>Neil Veggeberg, MD<br>Anita Walker<br>Juliann Fulton, LBSW<br>Angela Thorne, RN 1600<br>Wallace Blvd.<br>6C Rehab 622-1 Amarillo, Texas 79106<br>*by and through the records custodians* | U | | |
| **BSA Outpatient Therapy Services**<br>5111 Canyon Drive<br>Amarillo, Texas 79110<br>806-212-0700<br>*by and through the records custodians* | U | | |

| | | | |
|---|---|---|---|
| **BSA Physicians Group, Inc.**<br>P.O. Box 840017<br>Dallas, Texas 75284<br>*by and through the records custodians* | U | | |
| **High Plains Rehab Association**<br>Neil Veggeberg, MD<br>Bret Errington, MD<br>5111 Caynon Drive<br>Amarillo, Texas 79110<br>806-353-7018<br>*by and through the records custodians* | U | | |
| **High Plains Neurosurgery/ Southwest Neuroscience;**<br>Brett Errington, MD 7120 SW 9th Ave.<br>Amarillo, TX 79106 806-463-2251<br>*by and through the records custodians* | U | | |
| **Total Physical Therapy** 3701 Olsen Blvd. Amarillo, Texas 79109<br>*by and through the records custodians* | U | | |
| **Interim Healthcare of West Texas, LLC**<br>1901 Medi-Park Drive, Ste. 1058<br>Amarillo, TX 79106<br>*by and through the records custodians* | U | | |
| **Dmitry Golovko, MD**<br>**6306 Iola Avenue, Ste. 300**<br>**Lubbock, TX 79424 806-771-1995**<br>*by and through the records custodians* | U | | |
| **Texas Oncology Amarillo**<br>1000 Coulter, Suite 100<br>Amarillo, Texas 79106<br>806-358-8654<br>*by and through the records custodians* | U | | |

| | | | |
|---|---|---|---|
| **Social Security Administration**<br>4750 Canyon Drive Amarillo, Texas 79109<br>*by and through the records custodians* | U | | |
| **Medley Material and Handling**<br>10460 I-27<br>Amarillo, TX 79119 806-680-3985<br>*by and through the records custodians* | U | | |
| **Zurich American Insurance Company**<br>BR 23 – Dallas WC<br>PO Box 968023<br>Schaumburg, IL 60196<br>*by and through the records custodians (still waiting on records)* | U | | |

Defendant reserve the right to amend and/or supplement their Trial Witness List, following stipulations by counsel and/or rulings by the Court.

This party endorses all names of all persons referred to in any depositions taken and all persons whose names are endorsed by any other party.

Defendant reserve the right to elicit testimony from witnesses and/or experts endorsed by any other party herein.

Defendant also reserve the right to call any other witnesses disclosed during the course of ongoing discovery or names in theirs or any other party's disclosures and will supplement accordingly.

Respectfully submitted,

**FEE, SMITH, SHARP & VITULLO, LLP**

*/S/ JEFF C. WRIGHT*

**JEFF C. WRIGHT**
State Bar No. 24008306
**RYAN T. FUNDERBURG**
State Bar No. 24101776
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, Texas 75240
(972) 934-9100 Telephone
(972) 934-9200 Facsimile
jwright@feesmith.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the above and foregoing document has been E-served upon all counsel of record on this the 22ND day of February, 2021.

*/s/ JEFF C. WRIGHT*

**JEFF C. WRIGHT**