URI.10296

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | | |
|---|---|---|
| **ALBERTO OVALLE,** § | | |
| § | | |
| *Plaintiff*, § | | **CIVIL ACTION** |
| § | | **2:18-cv-00211-D-BR** |
| V. § | | |
| § | | |
| **UNITED RENTALS (NORTH** § | | |
| **AMERICA), INC.,** § | | **JURY TRIAL** |
| § | | |
| *Defendant*. § | | |

## DEFENDANT UNITED RENTALS (NORTH AMERICA), INC.'S
## DEPOSITION PAGE/LINE DESIGNATIONS

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to the Court's Order [**Dkt #66**] Defendant United Rentals (North America), Inc., makes and files this, their Deposition Page/Line Designations as follows:

1. **MICHAEL KARABANOFF**

| Page | Line | To | Page | Line |
|---|---|---|---|---|
| 14 | 13 | | 14 | 15 |
| 17 | 4 (beginning with "If there had…") | | 17 | 17 |
| 18 | 25 | | 19 | 24 |
| 21 | 5 | | 22 | 22 |
| 23 | 11 | | 23 | 22 |
| 25 | 1 | | 25 | 5 |
| 27 | 10 | | 27 | 22 |
| 28 | 5 | | 28 | 7 |
| 31 | 25 | | 32 | 8 |
| 34 | 24 | | 35 | 6 |
| 35 | 15 | | 36 | 4 |
| 38 | 3 | | 38 | 7 |
| 42 | 5 | | 43 | 4 |
| 43 | 18 | | 43 | 21 |
| 53 | 3 | | 53 | 9 |
| 53 | 25 | | 55 | 6 |

| | | | | |
|---|---|---|---|---|
| 60 | 6 | | 61 | 9 |
| 62 | 8 | | 62 | 19 |
| 64 | 2 | | 64 | 16 |
| 64 | 24 | | 65 | 4 |
| 69 | 14 | | 71 | 4 |
| 71 | 11 | | 72 | 4 |
| 82 | 19 | | 83 | 9 |
| 94 | 4 | | 94 | 18 |
| 122 | 14 | | 122 | 24 |
| 134 | 2 | | 134 | 9 |
| 135 | 24 | | 136 | 12 |
| 139 | 6 | | 139 | 10 |
| 147 | 13 | | 147 | 19 |
| 156 | 24 | | 157 | 5 |
| 157 | 23 | | 158 | 1 |
| 158 | 10 | | 158 | 17 |
| 168 | 21 | | 168 | 24 |
| 174 | 14 | | 174 | 25 |
| 186 | 11 | | 186 | 14 |
| 191 | 17 | | 192 | 2 |

2. **BRET DWAIN ERRINGTON, MD**

| Page | Line | To | Page | Line |
|---|---|---|---|---|
| 52 | 2 | | 52 | 14 |
| 52 | 15 | | 54 | 4 |
| 55 | 18 (beginning with "Can you…") | | 56 | 18 |
| 57 | 12 | | 58 | 24 |
| 58 | 25 | | 59 | 10 |
| 60 | 5 | | 60 | 8 |
| 60 | 18 | | 61 | 21 |
| 62 | 1 | | 62 | 9 |
| 63 | 10 | | 64 | 5 |
| 64 | 13 | | 69 | 4 |
| 69 | 17 | | 69 | 20 |
| 70 | 1 | | 70 | 17 |
| 70 | 23 | | 71 | 6 |
| 71 | 14 | | 71 | 22 |
| 72 | 9 | | 74 | 2 |
| 74 | 3 | | 74 | 21 |
| 74 | 22 | | 77 | 7 |
| 77 | 9 | | 78 | 19 |

| Page | Line | | Page | Line |
|---|---|---|---|---|
| 79 | 14 | | 79 | 25 |
| 80 | 1 | | 80 | 14 |
| 81 | 15 | | 82 | 16 |
| 82 | 17 | | 83 | 4 |
| 84 | 7 | | 87 | 8 |
| 87 | 12 | | 89 | 15 |

### 3. ART M. SILVA

| Page | Line | To | Page | Line |
|---|---|---|---|---|
| 58 | 22 | | 59 | 9 |
| 59 | 18 (beginning with "When you were..") | | 60 | 8 |
| 60 | 14 | | 61 | 5 |
| 61 | 24 | | 62 | 14 |
| 62 | 20 | | 63 | 19 |
| 64 | 1 | | 64 | 15 |
| 66 | 3 | | 66 | 19 |
| 69 | 21 | | 70 | 20 |

### 4. KENNETH GLEN MCCOIN

| Page | Line | To | Page | Line |
|---|---|---|---|---|
| 4 | 8 | | 5 | 18 |
| 6 | 1 | | 6 | 22 |
| 6 | 23 | | 7 | 19 |
| 7 | 24 | | 8 | 3 |
| 8 | 14 | | 8 | 25 |
| 9 | 1 | | 9 | 7 |
| 10 | 8 | | 10 | 17 |
| 11 (beginning with "So you said…") | 11 | | 11 | 25 |
| 13 | 12 | | 14 | 18 |
| 15 | 1 | | 15 | 15 |
| 16 | 2 | | 16 | 22 |
| 22 | 7 | | 22 | 19 |
| 24 | 20 | | 25 | 8 |
| 26 | 4 | | 26 | 15 |
| 31 | 6 | | 32 | 12 |
| 35 | 17 | | 35 | 19 |

| | | | |
|---|---|---|---|
| 36 | 5 | 36 | 10 |
| 38 | 25 | 40 | 3 |
| 40 | 11 | 40 | 16 |
| 40 | 17 | 40 | 22 |
| 41 | 4 | 42 | 2 |
| 42 | 3 | 42 | 19 |
| 43 | 18 | 43 | 12 |
| 45 | 21 | 46 | 2 |
| 47 | 16 | 48 | 9 |
| 49 | 11 | 49 | 19 |
| 50 | 8 | 50 | 15 |
| 51 | 10 | 51 | 13 |
| 53 | 14 | 54 | 11 |

Respectfully submitted,

**FEE, SMITH, SHARP & VITULLO, LLP**

*/S/ JEFF C. WRIGHT*

**JEFF C. WRIGHT**
State Bar No. 24008306
**RYAN T. FUNDERBURG**
State Bar No. 24101776
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, Texas 75240
(972) 934-9100 Telephone
(972) 934-9200 Facsimile
jwright@feesmith.com
rfunderburg@feesmith.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the above and foregoing document has been E-served upon all counsel of record on this the 22nd day of February 2021.

*/s/ JEFF C. WRIGHT*

**JEFF C. WRIGHT**