**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| ALBERTO OVALLE, | § | |
| | § | |
| Plaintiff, | § | **CIVIL ACTION** |
| | § | **NO. 2:18-cv-00211-D-BR** |
| v. | § | |
| | § | |
| UNITED RENTALS | § | |
| (NORTH AMERICA), INC., | § | **JURY TRIAL DEMANDED** |
| | § | |
| Defendant. | § | |

**PLAINTIFF, ALBERTO OVALLE'S, SECOND AMENDED DESIGNATIONS OF THE**
**DEPOSITION OF UNITED RENTALS (NORTH AMERICA), INC. CORPORATE**
**REPRESENTATIVE, MICHAEL KARABANOFF (TAKEN AUGUST 12, 2019)**

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to this Court's order, *see* Rec. Doc. 66, and to Rule 26(a)(3), Plaintiff, Alberto

Ovalle, files these Second Amended Designations of the Deposition of Defendant, United Rentals

(North America) Inc.'s, Corporate Representative under Fed. R. Civ. P. 30(b)(6), and will

respectfully shows the Court as follows:

| No. | Start Page, Line | End Page, Line |
|---|---|---|
| 1. | Page 4, Line 21 | Page 4, Line 22 |
| 2. | Page 6, Line 23 | Page 7, Line 22 |
| 3. | Page 9, Line 8 | Page 9 Line 15 |
| 4. | Page 9, Line 17 | Page 10, Line 9 |
| 5. | Page 10, Line 12 | Page 12, Line 15 |
| 6. | Page 14, Line 10 | Page 14, Line 12 |
| 7. | Page 14, Line 16 | Page 15, Line 13 |
| 8. | Page 15, Line 19 | Page 16, Line 20 |
| 9. | Page 17, Line 11 | Page 18, Line 19 |
| 10. | Page 30, Line 4 | Page 30, Line 12 |
| 11. | Page 30, Line 18 | Page 31, Line 13 |
| 12. | Page 32, Line 14 | Page 34, Line 12 |
| 13. | Page 35, Line 15 | Page 37, Line 2 |
| 14. | Page 37, Line 10 | Page 37, Line 14 |
| 15. | Page 38, Line 15 | Page 38, Line 19 |
| 16. | Page 43, Line 11 | Page 43, Line 13 |

| No. | Start Page, Line | End Page, Line |
|---|---|---|
| 17. | Page 46, Line 20 | Page 47, Line 3 |
| 18. | Page 47, Line 7 | Page 47, Line 13 |
| 19. | Page 47, Line 19 | Page 50, Line 3 |
| 20. | Page 50, Line 11 | Page 50, Line 18 |
| 21. | Page 51, Line 9 | Page 51, Line 12 |
| 22. | Page 52, Line 8 | Page 52, Line 10 |
| 23. | Page 52, Line 12 | Page 53, Line 2 |
| 24. | Page 55, Line 9 | Page 55, Line 16 |
| 25. | Page 59, Line 6 | Page 59, Line 18 |
| 26. | Page 60, Line 3 | Page 60, Line 16 |
| 27. | Page 61, Line 24 | Page 62, Line 5 |
| 28. | Page 68, Line 11 | Page 69, Line 9 |
| 29. | Page 76, Line 9 | Page 77, Line 8 |
| 30. | Page 77, Line 11 | Page 78, Line 16 |
| 31. | Page 79, Line 9 | Page 80, Line 3 |
| 32. | Page 81, Line 8 | Page 82, Line 18 |
| 33. | Page 84, Line 18 | Page 84, Line 21 |
| 34. | Page 85, Line 7 | Page 85, Line 14 |
| 35. | Page 85, Line 19 | Page 86 Line 4 |
| 36. | Page 86, Line 24 | Page 87, Line 11 |
| 37. | Page 87, Line 22 | Page 88, Line 6 |
| 38. | Page 89, Line 7 | Page 91, Line7 |
| 39. | Page 91, Line 12 | Page 92, Line 11 |
| 40. | Page 103, Line 1 | Page 103, Line 13 |
| 41. | Page 107, Line 25 | Page 108, Line 7 |
| 42. | Page 109, Line 19 | Page 109, Line 25 |
| 43. | Page 110, Line 25 | Page 111, Line 3 |
| 44. | Page 111, Line 5 | Page 111, Line 9 |
| 45. | Page 111, Line 11 | Page 111, Line 11 |
| 46. | Page 111, Line 14 | Page 111, Line 23 |
| 47. | Page 113, Line 21 | Page 113, Line 23 |
| 48. | Page 113, Line 25 | Page 113, Line 25 |
| 49. | Page 114, Line 19 | Page 114, Line 21 |
| 50. | Page 115, Line 9 | Page 115, Line 16 |
| 51. | Page 115, Line 20 | Page 116, Line 3 |
| 52. | Page 116 Line 7 | Page 117, Line 3 |
| 53. | Page 117, Line 9 | Page 117, Line 16 |
| 54. | Page 119, Line 9 | Page 120, Line 18 |
| 55. | Page 121, Line 15 | Page 121, Line 25 |
| 56. | Page 125, Line 4 | Page 126 Line 10 |
| 57. | Page 127, Line 16 | Page 127, Line 22 |
| 58. | Page 127, Line 24 | Page 128, Line 5 |
| 59. | Page 129, Line 13 | Page 129, Line 20 |
| 60. | Page 129, Line 22 | Page 129, Line 22 |

| No. | Start Page, Line | End Page, Line |
|---|---|---|
| 61. | Page 130, Line 5 | Page 130 Line 7 |
| 62. | Page 130, Line 9 | Page 130, Line 9 |
| 63. | Page 131, Line 10 | Page 131, Line 15 |
| 64. | Page 133, Line 9 | Page 133, Line 19 |
| 65. | Page 134, Line 2 | Page 134, Line 9 |
| 66. | Page 137, Line 3 | Page 139, Line 1 |
| 67. | Page 139, Line 11 | Page 139, Line 13 |
| 68. | Page 139, Line 15 | Page 139, Line 17 |
| 69. | Page 139, Line 19 | Page 140, Line 2 |
| 70. | Page 140, Line 17 | Page 140, Line 21 |
| 71. | Page 141 Line 9 | Page 141, Line 12 |
| 72. | Page 141, Line 22 | Page 142, Line 8 |
| 73. | Page 142, Line 10 | Page 142, Line 18 |
| 74. | Page 142, Line 20 | Page 143, Line 7 |
| 75. | Page 143, Line 18 | Page 144, Line 13 |
| 76. | Page 144, Line 15 | Page 144, Line 18 |
| 77. | Page 144, Line 20 | Page 145, Line 12 |
| 78. | Page 147, Line 20 | Page 148, Line 2 |
| 79. | Page 148, Line 4 | Page 148, Line 15 |
| 80. | Page 149, Line 12 | Page 149, Line 18 |
| 81. | Page 149, Line 20 | Page 150, Line 18 |
| 82. | Page 151, Line 2 | Page 151, Line 6 |
| 83. | Page 151, Line 8 | Page 153, Line 10 |
| 84. | Page 154, Line 3 | Page 154, Line 13 |
| 85. | Page 155, Line 1 | Page 155, Line 11 |
| 86. | Page 157, Line 11 | Page 157, Line 22 |
| 87. | Page 158, Line 4 | Page 158, Line 9 |
| 88. | Page 159, Line 9 | Page 160, Line 18 |
| 89. | Page 160, Line 24 | Page 161, Line 2 |
| 90. | Page 161, Line 4 | Page 161, Line 5 |
| 91. | Page 161, Line7 | Page 163, Line 3 |
| 92. | Page 165, Line 9 | Page 166, Line 5 |
| 93. | Page 166, Line 9 | Page 166, Line 10 |
| 94. | Page 166, Line 12 | Page 166, Line 12 |
| 95. | Page 167, Line 1 | Page 169, Line 12 |
| 96. | Page 169, Line 23 | Page 174, Line 16 |
| 97. | Page 174, Line 24 | Page 175, Line 2 |
| 98. | Page 176, Line 22 | Page 177, Line 13 |
| 99. | Page 177, Line 15 | Page 177, Line 17 |
| 100 | Page 177, Line 19 | Page 177, Line 24 |
| 101 | Page 178, Line 1 | Page 178, Line 2 |
| 102 | Page 178, Line 4 | Page 178, Line 8 |
| 103 | Page 182, Line 16 | Page 182, Line 16 |
| 104 | Page 182, Line 18 | Page 182, Line 21 |

| No. | Start Page, Line | End Page, Line |
|---|---|---|
| 105 | Page 182, Line 25 | Page 183, Line 1 |
| 106 | Page 183, Line 3 | Page 183, Line 3 |

Respectfully submitted,

**WILLIAMS HART BOUNDAS EASTERBY, LLP**

By: */s/ Cesar Tavares*
      JIM S. HART
      Texas Bar No. 09147400
      CESAR TAVARES
      Texas Bar No. 24093726
      8441 Gulf Freeway, Suite 600
      Houston, Texas 77017-5001
      (713) 230-2200 – Telephone
      (713) 643-6226 – Facsimile
      pidept@whlaw.com

**ATTORNEYS FOR PLAINTIFF**

**<ins>CERTIFICATE OF SERVICE</ins>**

On February 22, 2021, Plaintiff's counsel submitted the foregoing document with the clerk of court of the U.S. District Court for Northern District of Texas Amarillo Division, using the electronic case filing system of the court. Plaintiff's counsel certify that they served all counsel parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Cesar Tavares*
Cesar Tavares