**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| ALBERTO OVALLE, | § | |
|---|---|---|
| | § | |
| Plaintiff, | § | **CIVIL ACTION** |
| | § | **NO. 2:18-cv-00211-D-BR** |
| v. | § | |
| | § | |
| UNITED RENTALS | § | |
| (NORTH AMERICA), INC., | § | **JURY TRIAL DEMANDED** |
| | § | |
| Defendant. | § | |

**PLAINTIFF, ALBERTO OVALLE'S THIRD AMENDED EXHIBIT LIST**

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to this Court's order, *see* Rec. Doc. 66, and to Rule 26(a)(3), Plaintiff, Alberto Ovalle, files this Exhibit List, and will respectfully shows the Court as follows:

| NO. | DESCRIPTION | OFFERED | OBJECTION / DENIED | AGREED / ADMITTED |
|---|---|---|---|---|
| 1. | Time Sheet  URI 00458 | | | X |
| 2. | Incident Report Dated: 3/28/2017 **(3 pages)** URI 00248 - URI 00250 | | | X |
| 3. | Initial Urgent Care Visit Report Dated: 4/3/2017 from BSA Urgent Care Center **(5 pages)** URI 002203 - URI 002207 *URI.10296* | | | X |
| 4. | Deposition by Written Questions of American Medical Response for EMS records Dated: 4/3/2017 **(21 pages)** OVALLE0000001803-OVALLE0000001823 | | | X |
| 5. | CT of Lumbar Spine Report Dated: 4/3/2017 from BSA Health System **(2 pages)** URI 002168 - URI 002169 *URI.10296* | | | X |
| 6. | MRI of Lumbar Spine Report Dated: 4/7/2017 from BSA Health System **(1 page)** URI 001852 *URI.10296* | | | X |
| 7. | Operative Report Dated: 4/7/2017 from BSA Health System **(3 pages)** URI 001550 - URI 001552 *URI.10296* | | | X |
| 8. | Handwritten Progress Note Dated: 4/8/2017 from Dr. Errington at BSA Health System **(1 page)** | | | X |

| NO. | DESCRIPTION | OFFERED | OBJECTION / DENIED | AGREED / ADMITTED |
|---|---|---|---|---|
| | URI 001137 *URI.10296* | | | |
| 9. | Initial Note Dated: 4/19/2017 from Dr. Veggberg at BSA Health System **(2 pages)** <br> URI 000666 - URI 000667 *URI.10296* | | | **X** |
| 10. | X-Ray of Lumbar Spine Report Dated: 7/10/2017 from Advanced Imaging Center of Amarillo **(1 page)** <br> URI 000487 *URI.10296* | | | **X** |
| 11. | X-Ray of Lumbar Spine Report Dated: 2/1/2018 from Advanced Imaging Center of Amarillo **(1 page)** <br> URI 000492 *URI.10296* | | | **X** |
| 12. | Progress Note Dated: 6/4/2019 from Amarillo Family Physicians Clinic **(5 pages)** <br> URI 000590 - URI 000594 *URI.10296* | | Defendant objects to URI.000591 because the opinions set forth do not meet the requirements of FED R. 702. Defendant further objects this record is irrelevant and serve no purpose other than to confuse the jury. FRE 401, 403 | |
| 13. | Report Dated: 10/3/2019 from Dr. Errington at Southwest Neuroscience & Spine Center **(3 pages)** <br> URI 002617 – URI 002619 *URI.10296* | | | **X** |
| 14. | Ovalle's 2016 Performance Review **(5 pages)** <br> URI 00106 - 00110 | | | **X** |
| 15. | Ovalle's 2017 Performance Review **(5 pages)** <br> URI 00111 - 00115 | | Pursuant to FED. R. 602, Defendant objects to URI.00111 as the offering witness lacks personal knowledge of the information being offered. | |

| NO. | DESCRIPTION | OFFERED | OBJECTION / DENIED | AGREED / ADMITTED |
|---|---|---|---|---|
|  |  |  | No evidence has been offered or introduced that is sufficient to support a finding the witness has personal knowledge of the testimony. |  |
| 16. | Claimant statement Dated: 4/17/2017 (**2 pages**) URI 00116 - 00117 |  |  | **X** |
| 17. | Photographs (9 photos) URI 00128 - 00136 |  | Defendant objects to photographs URI.00128-00132. These photos are irrelevant and serve no purpose other than to confuse the jury. FRE 401, 403. Defendants further object that the exhibits are not properly authenticated. FRE 901. |  |
| 18. | Incident Reporting PPT (**6 pages**) URI 00251 - URI 00256 |  |  | **X** |
| 19. | Incident Reporting PPT (**5 pages**) URI 00137 - URI 00141 |  |  | **X** |
| 20. | Exhibit 1 (*Photo Art of Spine*) of Brett D. Errington's Deposition taken on 4/17/2020 (**1 page**) |  |  | **X** |
| 21. | Exhibit 2 (*Medical Records*) of Brett D. Errington's Deposition taken on 4/17/2020 (**71 pages**) |  |  | **X** |
| 22. | Exhibit 3 (*Medical Records*) of Brett D. Errington's Deposition taken on 4/17/2020 (**26 pages**) |  |  | **X** |
| 23. | Exhibit 4 (*Radiology Photos of Spine*) of Brett D. Errington's Deposition taken on 4/17/2020 (**3 pages**) |  |  | **X** |

| NO. | DESCRIPTION | OFFERED | OBJECTION / DENIED | AGREED / ADMITTED |
|---|---|---|---|---|
| 24. | Exhibit 5 (*Medical Records*) of Brett D. Errington's Deposition taken on 4/17/2020 **(13 pages)** | | | **X** |
| 25. | Exhibit 6 (*BSA Admission Record*) of Brett D. Errington's Deposition taken on 4/17/2020 **(2 pages)** | | | **X** |
| 26. | Exhibit 2 (*United Rentals Monthly Training Toolbox*) of Karabanoff's Deposition taken on 8/12/2019 **(5 pages)** | | | **X** |
| 27. | Exhibit 3 (*Monthly Training Toolbox – August 2016*) of Karabanoff's Deposition taken on 8/12/2019 **(2 pages)** | | | **X** |
| 28. | Exhibit 4 (*United Rentals Policies and Procedures Bulletin 2EE06*) of Karabanoff's Deposition taken on 8/12/2019 **(8 pages)** | | | **X** |
| 29. | Exhibit 5 (*United Rentals Policies and Procedures Bulletin 2EE02*) of Karabanoff's Deposition taken on 8/12/2019 **(5pages)** | | | **X** |
| 30. | Exhibit 6 (*United Rentals – Incident Investigation Report*) of Karabanoff's Deposition taken on 8/12/2019 **(3 pages) DUPLICATE TO EX. 3** | | | **X** |
| 31. | Exhibit 7 (*United Rentals – Patient Interview – 4/13/17*) of Karabanoff's Deposition taken on 8/12/2019 **(2 pages)** | | | **X** |
| 32. | Exhibit 8 (*Defendant's Supplemental Answers to Plaintiff's First Set of Interrogatories*) of Karabanoff's Deposition taken on 8/12/2019 **(8 pages)** | | Defendant objects as this is an improper exhibit. Defendant further objects as hearsay, is irrelevant and serve no purpose other than to confuse the jury. FRE 401, 403, 802. | |
| 33. | Ken McCoin Report OVALLE0000001997-OVALLE0000002000 | | Defendant objects to this Exhibit as hearsay and more prejudicial than probative. FRE 802. | |
| 34. | Ken McCoin Resume OVALLE0000002002-OVALLE0000002004 | | Defendant objects to this Exhibit as | |

| NO. | DESCRIPTION | OFFERED | OBJECTION / DENIED | AGREED / ADMITTED |
|---|---|---|---|---|
|  |  |  | hearsay and more prejudicial than probative. FRE 802. |  |
| 35. | Jason English Report OVALLE0000002165-OVALLE0000002181 |  | Defendant objects to this Exhibit as hearsay and more prejudicial than probative. FRE 802. |  |
| 36. | Jason English CV OVALLE0000002182-OVALLE0000002192 |  | Defendant objects to this Exhibit as hearsay and more prejudicial than probative. FRE 802. |  |
| 37. | Demonstrative Aids |  |  |  |
| 38. | Certified Weather Records |  |  |  |
| **LEARNED TREATISES AND DEMONSTRATIVES** | | | | |
| 39. | American National Standards Institute. ANSI A1264.2 - *Provision of Slip Resistance on Walking/Working Surfaces*, 2012. |  |  |  |
| 40. | ASTM International. F 1637 - *Standard Practice for Safe Walking Surfaces*, 2013. |  |  |  |
| 41. | ASTM International. F 1646 - *Standard Terminology Relating to Safety and Traction for Footwear*, 2005. |  |  |  |
| 42. | Di Pilla, Steven. *Slip, Trip, and Fall Prevention: A Practical Handbook*, 2nd Edition, 2009. pp. 71-78, 311- 333. |  |  |  |
| 43. | Di Pilla, Steven. "Walkway Surface Safety and Traction in the Workplace – the Rest of the Equation." *Professional Safety*, July 2001. pp. 25-27. |  |  |  |
| 44. | English, William. *Pedestrian Slip Resistance – How to Measure It and How to Improve It*, 2nd Edition, 2003. pp. 1-14. |  |  |  |
| 45. | Nash, James L. "Combating Industry's Costly Slips," *Occupational Hazards*, November 2001. pp. 44-46, 48 |  |  |  |

| NO. | DESCRIPTION | OFFERED | OBJECTION / DENIED | AGREED / ADMITTED |
|---|---|---|---|---|
| 46. | Natalizia, David. "Breaking the Cycle of Slips, Trips, and Falls." *Occupational Health & Safety*, October 2007. | | | |
| 47. | National Fire Protection Association. NFPA 101- *Life Safety Code Handbook*, 10th Edition, 2006. p. 122-123. | | | |
| 48. | National Safety Council. *Falls on Floors*. Data Sheet I-495, Rev. March 2006 | | | |
| 49. | National Safety Council. *Floor Mats and Runners*. Data Sheet 595, Rev. December 2007. | | | |
| 50. | Rhoads, James. "A Risk Manager's Roadmap." *Occupational Health and Safety*, September 2005. pp. 142, 144, 146. | | | |
| 51. | U.S Department of Labor, OSHA, 29 CFR 1910 Subpart D – Walking-Working Surfaces. | | | |
| 52. | National Safety Council, *Accident Facts*, 1998, pp. 10, 15-16, 18, 30, 32-33, 42-45, 115-116. | | | |
| 53. | National Safety Council, *Injury Facts*, 2002, pp. 8-13, 24, 32-33, 42-45, 121-123. | | | |
| 54. | National Safety Council, *Injury Facts*, 2008, pp. 17-20, 25-27, 33, 39-40, 49-50, 130-132, 151-152. | | | |
| 55. | U.S. Department of Labor, Bureau of Labor Statistics, "National Census of Fatal Occupational Injuries in 2008," August 2009, pg. 1-13. | | | |
| 56. | U.S. Department of Labor, Bureau of Labor Statistics, "Lost-Worktime Injuries and Illnesses: Characteristics and Resulting Days Away from Work, 2003," March 30, 2005. | | | |
| 57. | U.S. Department of Labor, Bureau of Labor Statistics, "Nonfatal Occupational Injuries and Illnesses Requiring Days Away from Work, 2011," November 8, 2012, pp. 1, 4, 14-15, 24-25, 28-30. | | | |
| 58. | American National Standards Institute. *American National Standard - Occupational Health and Safety Management Systems*, ANSI/AIHA Z10-2005. | | | |
| 59. | Cullen, Lisa. *A Job to Die For*. Common Courage Press, 2002. pp. 5-9, 69. | | | |
| 60. | Czerniak, John and Don Ostrander. *Nine Elements of Successful Safety and Health System*. National Safety Council Press, 2005. pp. 6-15, 22, 36, 54-70, 74-81, 86-92, 99, 124, 144, 156-162. | | | |
| 61. | Gaspers, Karen. "Striving for Zero." *Safety + Health,* April 2004. pp. 30-34. | | | |

| NO. | DESCRIPTION | OFFERED | OBJECTION / DENIED | AGREED / ADMITTED |
|---|---|---|---|---|
| 62. | Grimaldi, John V., and Rollin H. Simonds. *Safety Management*, Fifth Edition. American Society of Safety Engineers, 1989. pp. 104-105, 126-148. | | | |
| 63. | Krause, T. and T. Weekley. "Safety Leadership," *Professional Safety*, November 2005. pp. 34-40. | | | |
| 64. | Manuele, Fred A. *Innovations in Safety Management - Addressing Career Knowledge Needs*. Wiley & Sons, 2001. pp. 72-85. | | | |
| 65. | Spellman, Frank R., and Nancy E. Whiting. *Safety Engineering Principles and Practices*, Second Edition. Government Institutes, 2005. pp. 11-13, 59-68, 555-574. | | | |
| 66. | Weber, J. Owen. "Developing a Comprehensive Safety Program." *Professional Safety*, March 1992. pp. 33-38. | | | |
| 67. | Williamsen, Michael M. "Six Sigma Safety," *Professional Safety*, June 2005. pp. 41-49. | | | |
| 68. | U.S. Department of Labor - OSHA. "Safety and Health Management Guidelines; Issuance of Voluntary Guidelines." *Federal Register* 54:3904-3916. January 26, 1989. | | | |
| 69. | U.S. Department of Labor - OSHA. *OSHA Fact Sheet - Effective Workplace Safety and Health Management Systems*. March 2008. | | | |
| 70. | U.S. Department of Labor - OSHA. *OSHA Fact Sheet - Voluntary Safety and Health Program Management Guidelines*. July 2005 | | | |
| 71. | U.S. Department of Labor - OSHA. "Safety & Health Management Systems eTool." January 2001. <http://www.osha.gov/SLTC/etools/safetyhealth/comp1_responsibility.html>, select downloaded pages. | | | |
| 72. | U.S. Department of Labor - OSHA. *Small Business Handbook*, OSHA 2209-02R, 2005. pp. 6-16. | | | |
| 73. | National Safety Council. *Supervisors' Safety Manual*. Seventh Edition, 1991. pp. 1-9. | | | |
| 74. | National Safety Council. *Accident Prevention Manual for Industrial Operations: Administration and Programs*, Twelfth Edition, 2001. pp. 117-124. | | | |

Plaintiff reserves the right to use other demonstrative aides that may be created between now and the time of trial, including blow-ups or enlargements of any of the above.

Plaintiff may use documents produced by and/or requested from Defendant.

All exhibits listed by the Defendant and not ultimately objected to by Plaintiff.

All exhibits to all depositions taken in this matter, and not ultimately objected to by Plaintiff.

All exhibits produced and/or referred to in the discovery responses of any party to this matter, and not objected to by Plaintiff.

Plaintiff reserves the right to amend and/or supplement his Trial Exhibit List, following stipulations by counsel and/or rulings by the Court.

Respectfully submitted,

**WILLIAMS HART BOUNDAS EASTERBY, LLP**

By: */s/ Cesar Tavares*
    JIM S. HART
    Texas Bar No. 09147400
    CESAR TAVARES
    Texas Bar No. 24093726
    8441 Gulf Freeway, Suite 600
    Houston, Texas 77017-5001
    (713) 230-2200 – Telephone
    (713) 643-6226 – Facsimile
    pidept@whlaw.com

**ATTORNEYS FOR PLAINTIFF**

-and-

OBJECTIONS TO PLAINTIFF'S EXHIBITS ASSERTED BY

**FEE, SMITH, SHARP & VITULLO, LLP**

By:         */s/Jeff C. Wright*
    JEFF C. WRIGHT
    State Bar No. 24008306
    RYAN T. FUNDERBURG
    State Bar No. 24101776
    Three Galleria Tower
    13155 Noel Road, Suite 1000 Dallas, Texas 75240
    (972) 934-9100 Telephone
    (972) 934-9200 Facsimile
    jwright@feesmith.com
    rfunderburg@feesmith.com
**ATTORNEY FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

      On February 22, 2021, Plaintiff's counsel submitted the foregoing document with the clerk of court of the U.S. District Court for Northern District of Texas Amarillo Division, using the electronic case filing system of the court. Plaintiff's counsel certify that they served all counsel parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                          */s/ Cesar Tavares*
                                          Cesar Tavares