IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| ALBERTO OVALLE, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION |
| | § | NO. 2:18-cv-00211-D-BR |
| v. | § | |
| | § | |
| UNITED RENTALS | § | |
| (NORTH AMERICA), INC., | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFF'S OBJECTIONS TO DEFENDANT UNITED RENTALS (NORTH AMERICA), INC.'S DEPOSITION DESIGNATIONS**

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to the Court's Order, Plaintiff Alberto Ovalle makes and files the following Objections to Defendant United Rentals (North America) Inc.'s Deposition Designations:

1. **Michael Karabanoff**

| Page/Line | Objection(s) | Sustained | Overruled |
|---|---|---|---|
| 23:11-23:22 | Incomplete response | | |
| 25:1-5 | Incomplete response | | |
| 36:3-4 | No answer is designated | | |
| 64:24-65:4 | Request paragraphs 64:17-19, 21-23 be added under the rule of optional completeness. | | |
| 82:19-83:9 | The designated testimony is irrelevant under 402 since there are no allegations or evidence related to government regulations. The testimony is misleading because it implies compliance with government regulations. | | |
| 158:10-17 | Request that 158:2-9 be added under the rule of optional completeness. | | |
| 168:21-24 | Request that 167:1-168:20 be added under the rule of optional completeness | | |
| 174:14-26 | The exchange has no context and is misleading and confusing under Rule 403. It also brings up workers compensation which is | | |

Page **1** of 3

| Page/Line | Objection(s) | Sustained | Overruled |
|---|---|---|---|
|  | prejudicial and misleading under Rule 403 since workers compensation inapplicable. |  |  |
| 191:17-25 | This portion is misleading under Rule 403 without context.  It does not state why performance was unsatisfactory in the designation.  At a minimum, include 192:3-193:3 under the rule of optional completeness. |  |  |

### 2. Bret Errington, MD

| Page/Line | Objection(s) | Sustained | Overruled |
|---|---|---|---|
| 79:14-80:14 | This testimony is irrelevant, prejudicial, and misleading and should be excluded under 402 and 403.  It implies that these problems caused his foot drop, but there is no evidence to suggest this is more likely than not true. |  |  |
| 82:17-83:4 | This testimony is irrelevant.  Plaintiff is not claiming damages for swelling in his hands. |  |  |
| 84:7-87:8 | This testimony is irrelevant.  Discusses medical problems that are not at issue in the litigation. |  |  |

### 3. Art Silva

| Page/Line | Objection(s) | Sustained | Overruled |
|---|---|---|---|
| 64:1 -15 | The designation is misleading and should be excluded under FRCE 403.  Implies Mr. Ovalle created a trip hazard with a tool and there is no evidence of this |  |  |

Respectfully submitted,

**WILLIAMS HART BOUNDAS EASTERBY, LLP**

*By:* */s/ Cesar Tavares*
   JIM S. HART
   Texas Bar No. 09147400
   CESAR TAVARES
   Texas Bar No. 24093726
   8441 Gulf Freeway, Suite 600
   Houston, Texas 77017-5001
   (713) 230-2200 – Telephone
   (713) 643-6226 – Facsimile
   pidept@whlaw.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the above and foregoing documents has been E-Served upon all counsel of record on this 26th day of February 2021.

   */s/ Cesar Tavares*
   Cesar Tavares