IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| ALBERTO OVALLE, | § | |
| Plaintiff, | § § § | |
| v. | § | 2:18-CV-211-Z |
| UNITED RENTALS (NORTH AMERICA), INC., | § § § § | |
| Defendant. | § § | |

## ORDER

After conducting a review of the parties' pretrial materials, the Court determines that additional briefing may be required. In their trial briefs, the parties jointly identified a pure question of law: should Plaintiff be allowed to pursue an ordinary negligence theory of recovery *in addition* to a premises-liability theory of recovery? ECF No. 92 at 2–4; ECF No. 93 at 1–4.

This question is best answered before trial to avoid potential juror confusion on competing theories of recovery — especially where one theory of recovery may be unavailable *as a matter of law*. Deciding the question before trial also permits counsel to focus and streamline their jury arguments.

The Court therefore ORDERS that the dispositive motion deadline shall be extended to **April 28, 2021**. The previous scheduled pretrial conference has been rescheduled to **July 8, 2021 at 1:30pm**. The trial itself is rescheduled to **July 13, 2021 at 9:00am**. All other deadlines shall remain the same.

**SO ORDERED.**

March 29, 2021.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE